UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
**SA INTER INVEST 1, LLC**
Debtor
_____/

Case No.
Ch 11

## DEBTOR IN POSSESSION'S APPLICATION
## FOR INTERIM AND FINAL EMPLOYMENT OF ATTORNEYS
## FOR DEBTOR IN POSSESSION

Debtor respectfully request an order of the court authorizing the interim and final employment of Joel M. Aresty of the law firm of Joel M. Aresty, P.A. to represent the debtor in possession, and states:

1. On 12/16/15 the debtor filed a voluntary petition under chapter 11 of the United States Bankruptcy Code.
2. The debtor desires to employ said attorneys in this case.
3. As to Joel Aresty the debtor believes that the attorney is qualified to practice in this court and qualified to advise the debtor on his relations with, and responsibilities to, the creditors and other interested parties.
4. The professional services Joel Aresty will render are summarized as follows:
    (a) To give advice to the debtor with respect to its powers and duties as a debtor in possession and the continued management of its business operations;
    (b) To advise the debtor with respect to its responsibilities in complying with the U.S. trustee's Operating Guidelines and Reporting Requirements and with the rules of the court;
    (c) To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case;
    (d) To protect the interest of the debtor in all matters pending before the court;
    (e) To represent the debtor in negotiation with its creditors in the preparation of a plan.
5. To the best of the debtor's knowledge, neither said attorneys nor said law firms have any connection with the creditors or other parties in interest or their respective attorney other than prepetition representation of other debtors controlled by Laurent Benzaquen: Debtor Jacob 17 LLC case 15-23408 LMI; Debtor LNB-001-13 LLC Case 14-35382 RAM.
6. Attached to this motion is the proposed attorneys' affidavit demonstrating proposed counsel are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014.

WHEREFORE, the debtors respectfully requests an order authorizing retention of Joel Aresty on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330,

SA INTER INVEST 1, LLC
By_____
Laurent Benzaquen MGR

**Certificate Of Service**

**I hereby certify** that a true and correct copy of the foregoing was served upon all parties as indicated below, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party.

JOEL M. ARESTY, P.A.
Counsel for Debtor
309 1st Ave S
Tierra Verde FL 33715
Phone: 305-904-1903
Fax: 877-350-9402
E-mail: Aresty@Mac.com
By: /sJoel M. Aresty
Fla. Bar No. 197483

Copies to:
Debtor
U.S. trustee
Attorney for Creditor's Committee or
if none 20 largest unsecured creditors
All Appearances

Joel M. Aresty, P.A.
Board Certified Business Bankruptcy Law
http://www.joelaresty.com/
Aresty@Mac.com
309 1st Ave S
Tierra Verde FL 33715
Phone: 305-904-1903; Fax: 305-899-9889

December 15, 2015

SA INTER INVEST 1, LLC
Laurent Benzaquen MGR
255 Collins Ave Suite 1
Miami Beach, FL 33139

Re: Chapter 11 Retainer Agreement

Dear Mr. Benzaquen:

Thank you for having retained me to work for you on your chapter 11. We will bill at $400 per hour, plus costs, against retainer. We have requested $11,000 for retainer plus $2,000 for costs.

We have also agreed that what you have agreed to pay for retainer may be inadequate and that other funds may become due for which we will seek additional advance retainer.

You understand that an attorney for a debtor-in-possession in chapter 11 may not represent any interest adverse to the debtor. Attorney is entitled to retaining and charging liens, interest at 12%, and attorneys fees for collection of unpaid invoices.

I look forward to working with you in this matter. Please return a signed copy.

Sincerely,
JOEL M. ARESTY
/s/Joel M. Aresty
LAWYER

AGREED TO
_____
Laurent Benzaquen MGR
SA INTER INVEST 1, LLC

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

In Re:
**SA INTER INVEST 1, LLC**

Case Number
Chapter **11**

_____ Debtor(s)    /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

### Check all documents that apply to this declaration

- [ ] Application by Individual Debtor to Pay Filing Fee in Installments
- [x] Voluntary petition signed by me on **December 14, 2015**
- [ ] Schedules signed by me on
- [ ] Statement of Financial Affairs signed by me on
- [ ] Statement of Social Security Number(s) signed by me on
- [ ] Statement of *Current Monthly Income (OBF 22)* signed by me on

- [ ] Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments
- [ ] Amended voluntary petition signed by me on
- [ ] Amended schedules signed by me on
- [ ] Amended Statement of Financial Affairs signed by me on
- [ ] Amended Statement of Social Security Number(s) signed by me on
- [ ] Amended Statement of *Current Monthly Income (OBF 22)* signed by me on

I, **Laurent Benzaquen**, the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1. I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2. I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3. I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4. I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

_____
**Signature of Debtor**
**(If non individual, authorized corporate representative)**

**Laurent Benzaquen**
**Print or Type Name (and title if applicable)**

**Joel M. Aresty 197483**
**Print or Type Name of Attorney for Debtor**

_____
**Signature of Joint Debtor (if applicable)**

**Print Name**

**305-899-9876**
**Phone:**